IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERMAINE ADREAL STALLWORTH,
    Plaintiff,

vs.                                                          Case No.: 3:17cv81/LAC/EMT

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
    Defendant.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 28, 2018 (ECF No. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the

Commissioner is **REVERSED**, and the Commissioner is ordered to remand this case to the Administrative Law Judge for further proceedings consistent with the Report and Recommendation.

3.　**JUDGMENT** shall be entered, pursuant to sentence four of 42 U.S.C. § 405(g), **REVERSING** the Commissioner's decision and **REMANDING** this case for further administrative proceedings.

4.　The Clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of March 2018.

　　　　　　　　　　　　　　*s/L.A. Collier*
　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**